UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-cr-154-SEB-MJD-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| ANTHONY S. TUCKER | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☐ DENIED.

☒ DENIED WITHOUT PREJUDICE.

☒ FACTORS CONSIDERED: See attached opinion.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-00154-SEB-MJD ) |
| ANTHONY S. TUCKER, | ) -01 ) |
| Defendant. | ) |

**<u>Order Denying Motion for Compassionate Release Without Prejudice</u>**

Defendant filed a pro se motion that the Court construed as a Motion for Compassionate Release under the First Step Act of 2018. Dkt. 49. The Court appointed counsel to represent Defendant and stayed the case. Dkts. 47, 50. CJA counsel appeared on Defendant's behalf, dkt. 48, but then withdrew, dkts. 58, 59.

After counsel withdrew, the Court concluded that Defendant's pro se Motion for Compassionate Release lacked sufficient information for the Court to conclude that he was entitled to compassionate release. Accordingly, on February 26, 2021, the Court ordered Defendant to supplement his motion by completing and returning the Court's form compassionate release motion by April 12, 2021. Dkt. 61. The Court warned Defendant that his Motion for Compassionate Release would be considered abandoned and denied without prejudice if he did not return the form motion as directed. *Id.* The Court mailed its Order and the form motion to Defendant on February 26, 2021.

As of the writing of this Order, Defendant has not completed and returned the Court's form motion as required, and the deadline for doing so has passed.  Accordingly, the Court considers Defendant's Motion for Compassionate Release abandoned, and the motion, dkt. [49], is **denied**

2

**without prejudice**. Nothing in this Order, however, prohibits Defendant from filing a new motion for compassionate release.

    **IT IS SO ORDERED.**

Date: _5/11/2021_____

                                 _____
                                 SARAH EVANS BARKER, JUDGE
                                 United States District Court
                                 Southern District of Indiana

**Distribution:**

Anthony S. Tucker
Reg. No. 17053-028
FCI Forrest City Medium
Federal Correctional Institution
P.O. Box 3000
Forrest City, AR 72336

All Electronically Registered Counsel