UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  vs.<br><br>ANTHONY S. TUCKER,<br>    Defendant. | )<br>)<br>)<br>) CAUSE NO. 1:19-cr-00154-SEB-MJD-1<br>)<br>)<br>) |

### REPORT AND RECOMMENDATION

On January 20, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 20, 2022 [Dkt. 66] and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on January 6, 2023 [Dkt. 71]. Defendant appeared in person and by FCD counsel William Dazey. Government represented by AUSA Michelle Brady. USPO represented by Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Tucker of his rights and ensured he had a copy of the Petition and the Supplemental Petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Tucker admitted violation nos. 1 – 3 as set forth in the Petition and violation nos. 4 – 6 as set forth in the Supplemental Petition.

3. The allegations to which Defendant admitted, as fully set forth in the Petition and Supplemental Petition, are:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1 | **"You shall refrain from any unlawful use of a controlled substance."**<br><br>On August 30, 2022, Mr. Tucker submitted a urine sample for testing with the results being positive for cocaine and amphetamine. |

Mr. Tucker admitted to using crack cocaine and methamphetamine on August 28, 2022.

2   **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."**

The offender has not returned to his employer or approved address of 3608 Caroline Avenue since approximately September 23, 2022. His whereabouts are currently unknown by this officer and his immediate family.

3   **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**

The offender was enrolled in the Eskenazi Dual Diagnosis Program, and he has not particiapted [sic] in treatment per the recommended course of treatment.

4   **"You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer."**

On January 1, 2023, Mr. Tucker was in Ames, Iowa, without permission from his probation officer or the Court. Mr. Tucker's whereabouts have been unknown since September 2022.

5   **"You shall not commit another federal, state, or local crime."**

On January 1, 2023, Mr. Tucker was arrested by the Ames, Iowa, Police Department for trespassing and public intoxication. According to the police report, in the early morning hours of January 1, 2023, a homeowner located Mr. Tucker asleep on his living room floor. The homeowner called police as they did not know Mr. Tucker. Officers arrested Mr. Tucker for trespassing and noted he was intoxicated with a strong odor of alcoholic beverages coming from his person.

    Mr. Tucker was formally charged with misdemeanor offenses in Story County, Iowa, District Court under case numbers SMSM084247 and STA0156677. On January 3, 2022, Mr. Tucker pled guilty to both charges with him receiving a fine in each case.

  6  **"You shall not use or possess alcohol."**

    On January 1, 2023, officers with the Ames, Iowa, Police Department noted Mr. Tucker smelled heavily of alcoholic beverages. He was subsequently charged and convicted of public intoxication.

4. The Court finds that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 21 months' incarceration with no supervised release to follow. Defendant requested placement at an appropriate Federal Bureau of Prisons facility as close as possible to Ames, Iowa.

  The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in violation nos. 1 – 3 of the Petition and violation nos. 4 – 6 of the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months with no supervised release to follow. The Magistrate Judge further recommends Defendant's placement at an appropriate Federal Bureau of Prisons facility as close as possible to Ames, Iowa.

  The Defendant is to remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 23 JAN 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

USPO

USMS